# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2717
_____

WILMARIO D. TRUEBLOOD,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


June 12, 2024


PER CURIAM.

DISMISSED. *See Pettway v. State*, 776 So. 2d 930, 931 (Fla. 2000) (holding that petitions will generally not be considered after the person has abused the judicial processes of the lower court and has been barred from filing certain actions there).

LEWIS, M.K. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Wilmario D. Trueblood, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.